# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

FILED ENTERED
LOGGED RECEIVED
JUN 19 2018
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**UNITED STATES OF AMERICA**

v.

PIERCE, GABRIEL
**Defendant**

**Citation No(s):** 7402489

**Docket No:** MP 58 18-PO-3077

* * * * * * * * * * * *

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| SPEED | 36 CFR 4.21(c) | 160 | 10 | 30 |
| | | | | |
| | | | | |

**TOTAL DUE:** $ 200.00

14 *(Section to be completed by court personnel)*

Payment is due in full within ~~seven~~ days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☐ **Central Violations Bureau, P.O. BOX 71363, Philadelphia, PA 19176-1363**
**(or you may pay online at www.cvb.uscourts.gov)**

☐ **Clerk, U.S. District Court, 101 W. Lombard Street, Baltimore, MD 21201**

☐ Waive Initial Appearance
☐ Continue for Payment
☐ Set for Trial
☐ Dismissed by the Government
☐ Continue to Obtain License
☐ Continue to Retain Attorney
☐ New Court Date: ____________
at: ____________ a. m.

COMMENTS: $100.00 PAID BEFORE COURT DATE.

x Gabriel Pierce
Defendant's Signature

SGT. E C [signature]
Assistant U.S. Attorney

____________
Attorney for Defendant

6/18/18
Date

*Original – Court* *Yellow – Defendant* *Pink – AUSA*